Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Facsimile: (775) 324-1818
E-mail: notices@bankruptcyreno.com

Attorney for Patrick Canet,
Judicial Liquidator and
Foreign Representative

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.   BK-N-16-50644-BTB |
| | CHAPTER   15 |
| GHOLAM REZA JAZI ZANDIAN, | |
| Debtor in a Foreign Proceeding. | **DECLARATION OF JEFFREY HARTMAN IN OPPOSITION TO MOTION TO DISMISS** |
| | **Hearing Date: October 1, 2019** |
| _____ / | **Hearing Time: 2:00 p.m.** |

Jeffrey L. Hartman, under penalty of perjury of the laws of the United States, declares:

1. I am an attorney in good standing with the State Bar of Nevada and am admitted to practice in this Court. I have personal knowledge of the matters stated herein

2. On June 23, 2016, the Court conducted a hearing on the Petition by Patrick Canet ("Liquidator Canet"), for recognition of a foreign proceeding ("Petition") pending in France, **DE 1**, against Gholam Reza Jazi Zandian ("Zandian").

3. The Petition was opposed by Jed Margolin ("Margolin Objection"). **DE 13**. The Court directed Liquidator Canet to provide additional information and set August 10, 2016 for a continued hearing on the Petition. The continued hearing date was scheduled to be September 9, 2016.

4. On August 3, 2016, I filed a Status Report And Reply Re: French Proceeding Against Zandian. **DE 18 and 18-1**. The attachments to **DE 18**, identified Liquidator Canet as the liquidator in the French proceeding against Zandian.

///

     5. Following the filing of the Status Report and Reply, on September 7, 2016, I sent an e-mail to Margolin's counsel, Steve Abelman, with a draft Order Granting Petition For Recognition And Chapter 11 Relief. **Exhibit A**.

     6. On September 13, 2016, Mr. Abelman sent me an e-mail in reply, advising that the draft form of Order was acceptable. **Exhibit B**. Through inadvertence on my part, the proposed Order did not get lodged and was never entered.

DATED: September 19, 2019.

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.