_Bruce T Beesly_
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
October 30, 2019

WRIGHT, FINLAY & ZAK, LLP
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorney for Fred Sadri, both in his individual capacity and as Trustee for The Star Living Trust, dated April 14, 1997; Ray Koroghli, individually; and Ray Koroghli and Sathsowi T. Koroghli, in their individual capacities as well as Managing Trustees for Koroghli Management Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JAZI GHOLAMREZA ZANDIAN,<br><br>     Debtor. | Case No.: 16-50644-btb<br>Chapter 15<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL [DKT. #43]**<br><br>Hearing Date: October 1, 2019<br>Hearing Time: 2:00 PM |

This Court, having heard Wright, Finlay & Zak, LLP's Motion to Withdraw as Counsel [Dkt. #43], and good cause appearing;

**IT IS HEREBY ORDERED** that Wright, Finlay & Zak, LLP's Motion to Withdraw as Counsel is GRANTED. The law firm of Wright, Finlay & Zak, LLP is hereby discharged as counsel of record for Fred Sadri, both in his individual capacity and as Trustee for The Star Living Trust, dated April 14, 1997; Ray Koroghli, individually; and Ray Koroghli and Sathsowi T. Koroghli, in their individual capacities as well as Managing Trustees for Koroghli Management Trust in this matter for all purposes.

**IT IS FURTHER ORDERED** that all future notices to Fred Sadri, both in his individual capacity and as Trustee for The Star Living Trust, dated April 14, 1997; Ray Koroghli, individually; _and_ Ray Koroghli and Sathsowi T. Koroghli, in their individual capacities as well as Managing Trustees for Koroghli Management Trust shall be sent to the following addresses:

    a.  Fred Sadri Individually And In His Capacity As Trustee Of The Star Living Trust
9617 Verlaine Court
Las Vegas, NV 89145
702.524.9875
fredsadri1@yahoo.com

    b.  Ray Koroghli Individually, And Ray Koroghli And Sathsowi T. Koroghli As Managing Trustees Of The Koroghli Management Trust
3055 Via Sarafina Drive
Henderson, NV 89052
702.260.2013
702.493.5858
koroghli@msn.com

The following are the upcoming scheduled dates in this action:

    a.  Continued hearing on Jed Margolin's Amended Motion to Dismiss Chapter 15 Case [Dkt. #38] to be held on December 5, 2019 at 10:00 a.m.

///
///
///
///
///
///
///
///
///
///

1

**IT IS FURTHER ORDERED** that a copy of this Order will be mailed to Fred Sadri,

2

both in his individual capacity and as Trustee for The Star Living Trust, dated April 14, 1997;

3

Ray Koroghli, individually; <u>and</u> Ray Koroghli and Sathsowi T. Koroghli, in their individual

4

capacities as well as Managing Trustees for Koroghli Management Trust at their last known

5

addresses listed above.

6

**IT IS SO ORDERED**.

7

Submitted By:

8

WRIGHT, FINLAY & ZAK, LLP

9

<u>*/s/ Yanxiong Li*</u>

10

Yanxiong Li, Esq.

Nevada Bar No. 12807

11

7785 W. Sahara Ave., Suite 200

Las Vegas, NV 89117

12

*Attorney for Fred Sadri, both in his individual capacity*

*and as Trustee for The Star Living Trust, dated April 14,*

13

*1997; Ray Koroghli, individually;* <u>*and*</u> *Ray Koroghli and*

*Sathsowi T. Koroghli, in their individual capacities as well*

14

*as Managing Trustees for Koroghli Management Trust*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **RULE 9021 CERTIFICATION**

2

In accordance with LR 9021, counsel submitting this document certifies that the order accurately
reflects the court's ruling and that (check one):

3

4          _____  The court has waived the requirement set forth in LR 9021(b)(1).

5          \_\_X\_\_  No party appeared at the hearing or filed an objection to the motion.

6          _____  I have delivered a copy of this proposed order to all counsel who appeared at the
               hearing, and any unrepresented parties who appeared at the hearing, and each has
7               approved or disapproved the order, or failed to respond, as indicated.

8

9          _____  I certify that this is a case under Chapter 7 or Chapter 13, that I have served a
               copy of this order with the motion pursuant to LR 9014(g), and that no party has
10              objected to the form or content of the order.

11                                          # # #

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28